**Entered on Docket**
**February 01, 2010**

_____
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

---

1
2
3
4
5
6  Jeremy T. Bergstrom, Esq.
   Nevada Bar No. 6904
7  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
8  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
9  E-mail: jbergstrom@mileslegal.com
   File No. 08-92645
10
   Attorneys for Secured Creditor,
11 UNIVERSAL MORTGAGE CORPORATION
12

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re:<br><br>MAXIMILIANO SANCHEZ,<br><br>Debtor | Case No.: BK-S-08-16686-BAM<br>Chapter 13 |
|---|---|
| UNIVERSAL MORTGAGE<br>CORPORATION,<br>             Plaintiff(s)<br><br>vs<br><br>MAXIMILIANO SANCHEZ,<br><br>Defendant | **ORDER TERMINATING THE**<br>**AUTOMATIC STAY**<br><br>Date:  January 12, 2009<br>Time:  01:30 P.M. |

Secured Creditor's Motion for Relief having come before the Court on January 12, 2010, Secured Creditor appearing by and through its counsel, JEREMY T. BERGSTROM, ESQ., Debtor appearing through his counsel, DAVID KRIEGER, ESQ., the Court having considered

1

1  the merits of the Motion and reviewed the pleadings, and good cause appearing, makes its Order
2  as follows:
3     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Automatic Stay
4  in the above-entitled Bankruptcy case is hereby terminated in favor of Secured Creditor,
5  UNIVERSAL MORTGAGE CORPORATION, as it pertains to the following described
6  property: 4260 Harris Avenue, Las Vegas, NV 89110 ("Property" herein) and legally described
7  as follows:

>   LOT FORTY-SIX (46) OF COOL VALLEY SUBDIVISION, AS SHOWN BY
>   MAP THEREOF ON FILE IN BOOK 50 OF PLATS, PAGE 73 IN THE
>   OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Secured Creditor is required to reissue a Notice of Default And Election to Sell to Debtors, so that Debtors may pursue mediation as a last resort in saving their Property.

   **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in the alternative, the stay is terminated to allow Debtor to enter into a HUD Partial Claim Agreement.

///
///
///
///
///
///
///
///
///

1 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in the alternative, the stay is terminated to allow Debtor to enter into a HUD Partial Claim Agreement.

**IT IS SO ORDERED.**

Submitted by:

DATED: January 15, 2010

By: /s/ Jeremy T. Bergstrom, Esq.
Jeremy T. Bergstrom, Esq.
Attorney for Secured Creditor
UNIVERSAL MORTGAGE CORPORATION

APPROVED/DISAPPROVED

DATED:_____

David Krieger, Esq.
Attorney for Debtor

APPROVED/DISAPPROVED

DATED: 1/20/10

KATHLEEN A. LEAVITT          1/20/10
Chapter 13 Trustee

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

____ The court waived the requirements of approval under LR 9021.

__X__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, or **on January 14, 2010 by FAX, I have delivered a copy of this proposed order** to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Kathleen A. Leavitt<br>201 Las Vegas Blvd S. Ste. 200<br>Las Vegas, NV 89101 | X | | |
| ATTORNEY FOR DEBTOR:<br>David Krieger<br>Haines & Krieger, LLC<br>1020 Garces Ave. Ste. 100<br>Las Vegas, NV 89101 | | | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Felicia McGhee
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

4